IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| RONALD J. HOLLEMAN, § | | |
| TDCJ #297567, § | | |
| § | | |
| Plaintiff, § | | |
| § | | |
| v. § | CIVIL ACTION NO. H-05-0178 | |
| § | | |
| LT. MCKEE, *et al.*, § | | |
| § | | |
| Defendants. § | | |

## ORDER

State inmate Ronald J. Holleman has filed suit under 42 U.S.C. § 1983, alleging that excessive force was used against him in violation of his civil rights. Although Holleman proceeds *pro se*, he is not eligible to proceed *in forma pauperis* because of his record of filing frivolous lawsuits while in prison. After Holleman failed to perfect service of process on the defendants in compliance with Rule 4 of the Federal Rules of Civil Procedure, the Court issued an order on June 21, 2005, directing him to show cause why this case should not be dismissed. In response to the show cause order, Holleman requested additional time to serve the defendants. The Court granted Holleman an additional sixty days to serve the defendants and has provided him with certified copies of the complaint and summons. Holleman reports that he has been unable to successfully serve the defendants to date, and he has filed a motion for an additional sixty days to effect service.

It is **ORDERED** that Holleman's motion for an extension of time to complete service of process (Docket Entry No. 23) is **GRANTED**. The plaintiff must present proof within

**sixty days** from the date of this order showing that he has effected service of process in compliance with the Federal Rules of Civil Procedure. If he fails to comply, this case will be dismissed without further notice for lack of service. No further extensions will be granted.

The Clerk will provide a copy of this order to the plaintiff <u>by certified mail, return receipt requested</u>.

SIGNED at Houston, Texas on **October 3, 2005.**

---
Nancy F. Atlas
United States District Judge