IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| RONALD J. HOLLEMAN, <br> TDCJ #297567, <br><br> Plaintiff, <br><br> v. <br><br> LT. MCKEE, *et al.*, <br><br> Defendants. | § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § | CIVIL ACTION NO. H-05-0178 |

## ORDER APPOINTING COUNSEL

This is a prisoner civil rights case filed by state inmate Ronald Holleman, who is presently incarcerated at the Allred Unit of the Texas Department of Criminal Justice - Correctional Institutions Division in Iowa Park, Texas. The only remaining defendants are Lieutenant James McKee and Sergeant Kevin Simmons. Holleman proceeds *pro se* in this case. After reviewing the *Martinez* report submitted recently by the defendants, it is **ORDERED** that Holleman's motion for appointment of counsel (Doc. #39) is **GRANTED**.

It is further **ORDERED** that Barrett H. Reasoner, Esq., is appointed as lead counsel to represent the plaintiff in this case. This appointment shall remain in effect until terminated or substitute counsel is appointed.

Counsel appointed for plaintiff is directed to contact the Clerk's Office for copies of the relevant pleadings in this case.

The Clerk will provide a copy of this order to the parties. The Clerk shall further provide a copy of this order to Barrett H. Reasoner, Esq., Gibbs & Bruns, 1100 Louisiana,

Suite 5300, Houston, Texas, 77002, <u>by certified mail, return receipt requested</u>.

SIGNED at Houston, Texas on **May 11, 2006.**

_____
Nancy F. Atlas
United States District Judge